IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00802-WYD-BNB

DR. STEVEN JAVAHERIAN, and
MARTINE LENORMAND,

Plaintiffs,

v.

FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., a company of the St. Paul/Travelers companies, a Wisconsin corporation,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [docket no. 17, filed October 17, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 3, 2007**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 4, 2008**;

| | |
|---|---|
| Discovery Cutoff: | **February 4, 2008**; |
| Dispositive Motion Deadline: | **March 4, 2008**; |

IT IS ORDERED that the Pretrial Conference set for March 17, 2008, is **vacated and reset to May 5, 2008, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **April 28, 2008**. Please remember that anyone seeking entry into the Alfred A. Arraj United

States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: October 19, 2007