IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00802-WYD-BNB

DR. STEVEN JAVAHERIAN, and
MARTINE LENORMAND,

Plaintiffs,

v.

FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., a company of the St. Paul/Travelers companies, a Wisconsin corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Second Joint Motion to Modify Scheduling Order** [docket no. 22, filed November 15, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
   The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 3, 2008**;

   The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 4, 2008**;

Discovery Cutoff:                           **May 5, 2008**;
Dispositive Motion Deadline:                **June 4, 2008**;

IT IS ORDERED that the Pretrial Conference set for May 5, 2008, is **vacated and reset to August 11, 2008, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **August 4, 2008**. Please remember that anyone seeking entry into the Alfred A. Arraj United

States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.


DATED:  November 20, 2007