IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00802-WYD-BNB

DR. STEVEN JAVAHERIAN and
MARTINE LENORMAND,

    Plaintiffs,

v.

FIDELITY & GUARANTY INSURANCE UNDERWRITERS, INC., a company of the ST. PAUL/TRAVELERS COMPANIES, a Wisconsin corporation,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice Claims Asserted by Plaintiff Steven Javaherian (filed January 7, 2008). The Court having reviewed the Stipulation and being fully apprised in this matter, hereby

ORDERS that the Stipulated Motion to Dismiss with Prejudice Claims Asserted by Plaintiff Steven Javaherian is **GRANTED**.  All claims asserted by Plaintiff, Steven Javaherian against Defendant in the above captioned matter are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.  The claims asserted by Plaintiff Martine Lenormand remain pending.

Dated: January 8, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge